| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 9/18/06 |

_Jones_

Gwendolyn Mosley
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

dress different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

2:06cv821mHT (pet + order 20 dys)

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4646

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540