| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Givner    9/K/06 |
| 1. A<br>Troy King<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06CV821-MHT (pet. + order 20 exp) | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7005 1160 0001 2962 4653 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540