1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No: 2006-CV-821- |
| GWENDOLYN MOSLEY, et al, ) | MHT |
| Respondents. ) | |

2006 SEP 27 A 10:23

Motion To Amend for Release Pending Notice of Appeal, And A de Novo Review of Conditions for Release

Comes Now The Petitioner Laryie Earl Jones, Pro, Se, moves the Honorable Court for a Release Pending Notice of Appeal under the terms of 18 U.S.C 3148, or under the terms of accordance with the provisions of Rule 9 (B) of the Rules of Appellate Procedure, And as therefore states the following grounds;

1. The Petitioner has been incarceration since July 14, 2004 at the Covington County Jail, and in State Prison since Aug 10, 2006 and since his long incarceration his family has became Homeless they need Petitioner support, they pray for his Release Pending Notice of Appeal.

2. Petitioner is charge with an offenses Punishable not by death, and he will not flee or pose a danger to any other person or to the community if the Court

grant him a release pending appeal, the appeal is not frivolous, and not taken for delay.

3. In this petition, the petitioner has demonstrates that he has sufficient legal merit to create genuine concern that he would be still wrongfully held in custody pending appeal.

4. The appellate counsel has not yet communicate with petitioner, and to deal with this situation this rule makes clear that this district court has authority to release under the terms of 18 U.S.C 3148 pending appeal after the filing of notice of appeal a release by the district court shall be in accordance with the provisions of Rule 9(B) of the Rules of Appellate Procedure, petitioner needs an opportunity to obtained a counsel on appeal, and to support his family.

Wherefore the petitioner prays that this honorable court will grant his amend and ordered an immediately release pending appeal under the terms of 18 U.S.C 3148, or Rule 9(B), or any other relief to which petitioner may be entitled.

Respectfully submitted this the 21 day of Sept, 2006.

_____
Signature of Petitioner

3

I declare under penalty of perjury that the foregoing pleading motion is true and correct.

9-21-06
DATE

_Sayie Earl James_
Signature of Petitioner

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing pleading motion, has been served upon the Attorney General of the United States, by mailing the same by United States Frist Class Mail Personal Service on the 21 day of SEPT 2006,

_Sayie Earl James_
Signature of Petitioner