IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:06-CV-821-MHT |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Respondents. ) | |

## ANSWER

Come now Respondents, by and through the Attorney General of Alabama, to respond to the Order to Show Cause issued by this Honorable Court on September 15, 2006.

## PROCEDURAL HISTORY

Petitioner, Laryie Earl Jones, was indicted by the Covington County Grand Jury in four separate indictments for possession of cocaine and possession of drug paraphernalia: on February 14, 2003 (CC-2003-187); on September 17, 2003 (CC-2003-418; on September 17, 2003 (CC-2003-419), and, on October 13, 2004 (CC-2004-347).

On September 27, 2005, Jones pleaded guilty to three charges for possession of cocaine. The fourth charge (CC-2004-347) was nol prossed. The trial court sentenced Jones to fifteen years of imprisonment in the state penitentiary on the convictions, and ordered the sentences to run concurrently. The trial court ordered Jones to spend one year in the penitentiary, and suspended the remaining portions of Jones's sentences and placed him on probation for the remainder of his sentences. The three charges for drug paraphernalia were also nol prossed.

On October 7, 2005, Jones filed a Notice of Appeal to the Alabama Court of Criminal Appeals. Jones also filed a motion with the trial court in which he sought to withdraw his guilty pleas.

On December 1, 2005, the trial court granted the motion to withdraw the guilty pleas, and restored the cases to the trial docket. On December 19, 2005, the Court of Criminal Appeals dismissed the notice of appeal.

On May 25, 2006, Jones was convicted on the charges in CC-2003-187, CC-2003-418, and CC-2003-419. On July 10, 2006 the court ordered Jones to serve a life sentence on each possession of cocaine conviction, and a one-year sentence on each conviction for possession of drug paraphernalia. The sentences were ordered to run concurrently.

On July 11, 2006, Jones filed a Motion For New Trial. Jones filed a Notice of Appeal on July 12, 2006. The motion for a new trial was denied on August 2, 2006.

## EXHAUSTION OF CLAIMS RAISED IN THE FEDERAL HABEAS PETITION

### (A)

### UNEXHAUSTED CLAIMS

Jones has not exhausted his state remedies on the claims raised in this petition because he has not completed the appellate process available to him in the state court system. He has given notice of appeal, but he has not filed any brief on appeal, and the state appellate courts have not been presented with any opportunity to review any issues that could be raised on appeal.

**THE COURT SHOULD NOT REVIEW JONES'S CLAIMS BECAUSE HE HAS NOT PRESENTED HIS CLAIMS TO THE STATE APPELLATE COURTS.**

Jones's claims are premature because he has not appealed his claims to the state appellate courts. Jones is not entitled to federal habeas review of his claims until he has exhausted his state remedies, which includes an appeal from his convictions obtained in state court.

Title 28 U.S.C. §2254 (b) (1) (A), provides:

(b)(1) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that –

(A) the applicant has exhausted the remedies available in the courts of the State; or

(B)(i) there is an absence of available corrective process; or

(ii) circumstances exist that render such process ineffective to protect the rights of the applicant.

Because there is an available state remedy in the form of an appeal, Jones is not entitled to federal review of his claims under §2254 until he has exhausted that remedy. It would be premature for this Court to review the claims because it is possible that Jones may receive relief on the claims during the state court appellate proceedings.

In Maharaj v. Secretary for Dept. of Corrections, 304 F.3d 1345 (11th Cir. 2002), the Court held that a petitioner was not entitled to pursue relief by federal habeas corpus before his conviction became final in state court. The Court stated in Maharaj:

In Younger [v. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971)], the Supreme Court held that, except in extraordinary circumstances, a federal court must abstain from deciding issues implicated in an ongoing criminal proceeding in state court. Younger, 401 U.S. at 53-54, 91 S.Ct. at 755. The Court expressed the national public policy against federal court interference with ongoing state

4

> proceedings, based in part on "the notion of 'comity,' that is, a proper respect for state functions ... and a continuance of the belief that the National Government will fare best if the States and their institutions are left free to perform their separate functions in their separate ways."

Id. at 1348- 1349. The Court further stated in Maharaj:

> Because Maharaj's resentencing had not occurred at the time he filed his habeas petition, his state judgment had not become final, and thus his habeas petition, which challenged all of his convictions and sentences, was not ripe for review at that time. Accordingly, the district court's dismissal without prejudice, which will allow Maharaj to refile his habeas petition now that the state court has completed its resentencing, was not in error.

Id. at 1349.

Because Jones's convictions are still pending on appeal in the state appellate court, his claims are not ripe for review under §2254. His convictions will not become final until the state appellate courts have ruled on the issues presented on appeal.

Whereas Respondents have shown that Jones is not entitled to review of his claims, this petition should be denied. Jones's petition is premature because his appeal is still are pending in the state appellate court.

**EXHIBIT**

1) Alabama Court Of Criminal Appeal's Docket Sheet, Exhibit A.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/James B. Prude
James B. Prude (PRU005)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2006, I electronically filed the foregoing (including exhibit) with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service a copy of this Answer (including exhibit) to the following non-CM/ECF participant: Laryie Earl Jones, AIS #156610, Easterling Correctional Facility, 200 Wallace Drive, Clio, Al 36017.

.

        s/James B. Prude
        James B. Prude (PRU005)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone:  (334) 242-7300
        Fax:  (334) 242-2848
        E-Mail:  JPrude@ago.state.al.us

188811/99759-001

## Alabama Court of Criminal Appeals Docket Sheet

**CR-05-1961**  APP : State Conviction  **CR-05-1961**

Larryie Earl Jones v. State of Alabama  (Appeal from Covington  Circuit Court: CC03-187; CC03-418; CC03-419)

| | |
|---|---|
| **Sentence Date** | **Conviction Date** |
| 07/10/2006 | 05/25/2006 |
| **Sentence** | **Conviction** |
| Life | Poss/Rec Control Substance; Use/Poss of Drug Paraphernalia |

### Indigent

Notice of Appeal : 07/12/2006        Docketed 07/20/2006 AB
                                     Last Updated  / /    AB

**Post Judgment Motions**
07/14/2006  Motion for New Trial

**Attorneys & Officials**

| | | |
|---|---|---|
| Circuit Judge | Charles A. "Lex" Short | Andalusia, AL  (334) 428-2580 |
| Circuit Clerk | Roger A. Powell | Andalusia, AL  (334) 428-2520 |
| Ct. Reporter | Kathryn Sharpe | Andalusia, AL  (334) 428-2504 |
| Atty. for Aplt. | Meredith Shay Peters | Andalusia, AL  (334) 488-4745 |

**Case Actions / Postings**

| | |
|---|---|
| 07/20/2006 | FILING NOTICE SENT TO COURT REPORTER. |
| 07/20/2006 | Informational Notice to Appellant/Docket Sheet to Appellee. |

*END OF DOCKETING INFORMATION*


EXHIBIT A

```
ACR371                       ALABAMA JUDICIAL DATA CENTER
                 NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                                BY THE TRIAL COURT CLERK
                        IN THE CIRCUIT COURT OF COVINGTON COUNTY
STATE OF ALABAMA VS JONES LARYIE EARL              JUDGE: CHARLES A. SHORT
-------------------------------------------------------------------------------
| APPEAL DATE: 07/12/2006                                                     |
|-----------------------------------------------------------------------------|
| INDIGENCY STATUS:                                                           |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:       _X_ YES    ___ NO         |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ___ YES    _X_ NO         |
|    INDIGENT STATUS REVOKED ON APPEAL:             ___ YES    _X_ NO         |
|    INDIGENT STATUS GRANTED ON APPEAL:             _X_ YES    ___ NO         |
|                                                                             |
| DEATH PENALTY: NO                                                           |
|                                                                             |
| APPEAL TYPE: STATE CONVICTION                                               |
|-----------------------------------------------------------------------------|
| THIS IS AN APPEAL FROM A CONVICTION.                                        |
|                                                                             |
| DATE OF CONVICTION: 05/25/2006       DATE OF SENTENCE: 07/10/2006           |
|                                                                             |
| YOUTHFUL OFFENDER STATUS: DENIED                                            |
|                                                                             |
| CO/CASE NUMBER: 23/CC 2003 000187.00                                        |
| CODE: VPCO    CONVICTION: POSS/REC CONTR.    ACTION: CONVICTED              |
|                                              STATUTE: 13A-012-212           |
| CODE: VDR1    CONVICTION: USE/POSS DRUG PA   ACTION: CONVICTED              |
|                                              STATUTE: 13A-012-260(C)        |
| SENTENCE:   CONF: 00 YRS 00 MOS 000 DAYS                                    |
| SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS     LIFE: YES   LIFEWO: NO         |
|-----------------------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE   |
|   ___ MOTION FOR NEW TRIAL      _____      _____       _____      |
|   ___ MOTION FOR JUDG. OF ACQUIT _____     _____       _____      |
|   ___ MOTION TO W/D GUILTY PLEA _____      _____       _____      |
|   ___ MOTION FOR ATTY TO W/DRAW _____      _____       _____      |
|   ___ OTHER _____ _____     _____       _____       |
|-----------------------------------------------------------------------------|
| COURT REPORTER(S):                  SHARPE, KATHRYN                         |
| ADDRESS:                            C/O HON. JERRY STOKES                   |
|                                     ANDALUSIA           AL  36420           |
|                                                                             |
| APPELLATE COUNSEL #1:               PETERS MEREDITH SHAY                    |
| ADDRESS:                            P.O. DRAWER 969                         |
|                                                                             |
|                                     ANDALUSIA           AL  36420           |
| PHONE NUMBER:                       334-222-4103                            |
|                                                                             |
| APPELLATE COUNSEL #2:                                                       |
| ADDRESS:                                                                    |
|                                                                             |
|                                                                             |
| PHONE NUMBER:                                                               |
|                                                                             |
| APPELLANT (PRO SE):                 JONES LARYIE EARL                       |
| ADDRESS:                            COVINGTON COUNTY JAIL                   |
|                                     ANDALUSIA           AL  364200000       |
| AIS #:                              156610                                  |
|                                                                             |
| APPELLEE (IF CITY APPEAL):                                                  |
| ADDRESS:                                                                    |
|                                                                             |
|                                                                             |
-------------------------------------------------------------------------------
I CERTIFY THAT THE INFORMATION PROVIDED                   OPERATOR: PEH
ABOVE IS ACCURATE TO THE BEST OF MY                       PREPARED: 07/18/2006
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO   Roger A. Powell
THIS ACTION ON THIS ___ DAY OF _____, __  CIRCUIT COURT CLERK
```