IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARYIE EARL JONES, #156610, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:06-CV-0821-MHT |
| | ) | WO |
| GWENDOLYN MOSLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 5, 2006 (Doc. 10),  the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that the petition for habeas corpus relief is denied and that the petition is dismissed without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

DONE, this the 25th  day of October, 2006.


        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE