IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, | ) |
| | ) |
|    Petitioner, | ) |
| | )   CIVIL ACTION NO. |
|    v. | )     2:06cv821-MHT |
| | ) |
| GWENDOLYN MOSLEY and | ) |
| TROY KING, Attorney | ) |
| General, | ) |
| | ) |
|    Respondents. | ) |

### ORDER

It is ORDERED that petitioner's objections (doc. no. 13) are treated as a timely motion for reconsideration and said motion is denied.

DONE, this the 13th day of November, 2006.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE