1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 27 A 10: 25

LARYIE EARL JONES,
    Petitioner,

VS.

GWENDOLYN MOSLEY,
    Respondents.

Civil Action No. 2:06-CV-821-MHT

## Motion To Amend

Comes Now The Petitioner LARYIE EARL JONES, Pro, Se moves the Honorable Court to Amend that Petitioner Requests that All Documents Marked As Exhibits in this Petition be forward back to Him And As therefore states the following grounds:

1. Petitioner Petition for Habeas Corpus Relief was Denied And that the Petition was dismissed Without Prejudice to Afford Petitioner An opportunity to Exhaust All Available State Court Remedies, Denied the 25TH day of October, 2006.

2. Petitioner Requests His Documents be forward to Him or to the Alabama Court of Criminal Appeals, Same Claims Raise on Appeal As in this Petition, these Documents is supporting Evidence to His Claims.

Respectfully Submitted this 21 day of Nov 2006

_Laryie Earl Jones_
Signature of Petitioner

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING PLEADING UPON THE UNITED STATES ATTORNEY GENERAL by PLACING THE SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED, DONE THIS 21 DAY OF NOV 2006.

*[signature]*
SIGNATURE OF PETITIONER

STATE OF ALABAMA
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL 36130-0152