IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-821-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on November 27, 2006 (Court Doc. No. 15), which the court construes as a motion for return of exhibits, and as the exhibits are a part of the record in this case, it is

ORDERED that this motion be and is hereby DENIED. However, in the interest of justice, the Clerk is hereby DIRECTED to provide the petitioner with copies of all exhibits attached to his petition.

Done this 28th day of November, 2006.

                                            /s/ Delores R. Boyd
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE